UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
INTAKE

OCT 25 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

CHERYL CHESSER,                    )
                                   )      CASE NUMBER
          PLAINTIFF,               )   05-22499-CIV-HIGHSMITH
                                   )
     VS.                           )
                                   )
CARNIVAL CORPORATION,              )         THIS VOLUME:
                                   )      PAGES 1 - 33
          DEFENDANT.               )
_____    )

REC'D by _____ D.C.
APPEALS

OCT 26 2007

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

(**TRANSCRIPT BY TAPE**)

TRANSCRIPT OF STATUS CONFERENCE HAD BEFORE THE

HONORABLE CHRIS M. MCALILEY, IN MIAMI, MIAMI-DADE COUNTY,

FLORIDA, ON OCTOBER 22, 2007, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE PLAINTIFF:     DAVID A. NEBLETT, AND
                       RYAN C. MEADE, ESQS.

FOR THE DEFENDANT:     JOHN F. BILLERA, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 05-22499-CV-SH
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

X SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____